**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number *(If known)*: _____ Chapter 15

☐ Check if this is an amended filing

*[Stamp:]* "ŽELEZARA SMEDEREVO" D.O.O. SMEDEREVO U STEČAJU
Broj: 197.
Datum: 25.06.2019. god.

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**

   Zelezara Smedervo D.O.O.

2. **Debtor's unique identifier**

   For non-individual debtors:

   ☐ Federal Employer Identification Number (EIN)  __ __ – __ __ __ __ __ __ __

   ☑ Other 07342691 . Describe identifier Company Number .

   For individual debtors:

   ☐ Social Security number:  xxx – xx – __ __ __ __

   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – __ __ __ __

   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**

   Serbian Bankruptcy Supervision Agency

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**

   In re Zelezara Smedervo D.O.O., Commercial Court, Pozarevac, Ref No. 2 St. 18/:

5. **Nature of the foreign proceeding**

   Check one:

   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

   ☑ Yes

Official Form 401                Chapter 15 Petition for Recognition of a Foreign Proceeding                page 1

Debtor    Zelezara Smedervo D.O.O.    Case number (if known) _____
          Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:
   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,
   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and
   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   Country where the debtor has the center of its main interests:

   Serbia

   Debtor's registered office:

   Izletnicka Street No. 6
   Number    Street

   _____
   P.O. Box

   Smederevo
   City    State/Province/Region    ZIP/Postal Code

   Serbia
   Country

   Individual debtor's habitual residence:

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   Address of foreign representative(s):

   23 Terazije Street
   Number    Street

   _____
   P.O. Box

   Belgrade  11000
   City    State/Province/Region    ZIP/Postal Code

   Serbia
   Country

10. **Debtor's website** (URL)    _____

11. **Type of debtor**    Check one:

    ☑ Non-individual (check one):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor  Zelezara Smedervo D.O.O.  Case number (if known)
        Name

**12. Why is venue proper in this district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X _/s/_ _____  Željko Mijušković
Signature of foreign representative    Printed name

Executed on  06/25/2019
             MM / DD / YYYY

X _____  _____
Signature of foreign representative    Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X _/s/ Matthew Draper_____  Date 6/27/2019
Signature of Attorney for foreign representative    MM / DD / YYYY

Matthew E. Draper
Printed name

Draper & Draper LLC
Firm name

200 Park Avenue, Suite 1700
Number     Street

New York                           NY        10166
City                               State     ZIP Code

(347)442-7788                      matthew.draper@draperllc.com
Contact phone                      Email address

4368502                            NY
Bar number                         State

# PARTIES TO LITIGATION PENDING IN THE UNITED STATES IN WHICH THE DEBTOR IS A PARTY

*HPK Management D.O.O. et al. v. Republic Of Serbia et al.*, 1:18-cv-01773-RDM (United States District Court for the District of Columbia)

HPK MANAGEMENT D.O.O.

    DR JANKA COMARA 192
    21 211 Kisac, Serbia

HPK ENGINEERING B.V.

    Luna Aren A
    Herikerbergweb 238
    1101 CM Amsterdam
    the Netherlands