

*[Stamp: Republic of Serbia, Bankruptcy Supervision Agency no. 35-90/19 16/12, 08 February 2019, Belgrade]*

**Republic of Serbia**
**BANKRUPTCY SUPERVISION AGENCY**

Bankruptcy Supervision Agency appointed as bankruptcy trustee by the Decision of the Commercial Court in Požarevac ref. no. 2 St. 18/2018 from 31 January 2019 in bankruptcy proceedings against the debtor **ŽELEZARA SMEDEREVO DOO from Smederevo, Izletnička Street no. 6, company number 07342691,** on 31 January 2019 reached, pursuant to Articles 89-95 of the Law on Contracts and Torts ("Official Gazette of SFRY" nos. 29/78, 39/85, 45/89, 57/89 and "Official Gazette of SRY" no. 31/93, "Official Gazette of Serbia and Montenegro" no. 1/2003, Constitutional Charter), shall issue the following:

## POWER OF ATTORNEY

1.  Entrepreneur **ŽELJKO MIJUŠKOVIĆ PR STEČAJNI UPRAVNIK SMEDEREVSKA PALANKA, Prvi srpski ustanak Street no. 190, Smederevska Palanka, company number: 62349905, TIN: 106892226, UMCN of the entrepreneur 1707973761013,** is hereby authorized to perform, on behalf and for the account of the Bankruptcy Supervision Agency, operations and actions under the jurisdiction of the Bankruptcy Supervision Agency as bankruptcy trustee in bankruptcy proceedings against the bankruptcy debtor **ŽELEZARA SMEDEREVO DOO from Smederevo, Izletnička Street no. 6, company number 07342691,** case number 2 St. 18/2018, where the Bankruptcy Supervision Agency was appointed as bankruptcy trustee by the Decision of the Commercial Court in Požarevac, ref. no. 2 St. 18/2018 from 31 January 2019.

2.  The Proxy will perform independently the operations and actions from the first paragraph of this Power of Attorney, pursuant to the law and Contract concluded between the Proxy and the Principal, except for the following actions:
    1. Submitting and presenting reports about economic and financial position of bankruptcy debtor, and submitting of bill of quantities, monthly and other reports to court bodies, creditors or other entities;
    2. Submitting objections, answers to complaint, lawsuit, appeal or submissions to the relevant court and other competent authority, and submitting of other declaration, under the order of the court or other state body, about the actions of the bankruptcy trustee;
    3. Preparation of the final list of creditors, with indication of the type of creditor and their payment priority ranks and posting of this list on the Court's Bulletin Board, and submitting the decision on the request for exclusion to the creditor with an exclusion right;
    4. Taking loans;
    5. Delivery of announcements about the plan and method for sale of debtor's assets, preparation of sales documentation, including the draft of Sales and Purchase Contract, and signing of this contract;
    6. Delivery of a draft for partial, main, i.e. final or subsequent division;
    7. Preparation and delivery of the balance sheet;
    8. Transfer of authorizations given by this power of attorney to third parties.

Actions listed in paragraph 2 items 1-9 can be conducted by the Proxy only if they submit a special written consent of the Bankruptcy Supervision Agency – Bankruptcy Centre, together with this power of attorney, with signature of the Bankruptcy Centre, Design Team leader or Project Manager at the Bankruptcy Centre, and with the stamp of bankruptcy trustee.

**DIRECTOR**
**of Bankruptcy Centre**
*[Signature illegible]*
Milijan Sredić
*[Stamp: Bankruptcy Supervision Agency, Belgrade, Republic of Serbia]*

---

I, the undersigned sworn-in court translator, appointed by a decision of the Ministry of Justice of the Republic of Serbia, certify hereby that this translation into English is fully true to the original text written in the Serbian language. My appointment is permanent.
Belgrade, March 07, 2019

sworn-in court translator for English

*[Stamp: LUKIĆ BOGOLJUB, Ovlašćeni sudski prevodilac za italijanski i engleski jezik / Authorized court interpreter of Italian & English, 28, Radoja Domanovića Str., Belgrade, RS]*





Република Србија
АГЕНЦИЈА ЗА ЛИЦЕНЦИРАЊЕ
СТЕЧАЈНИХ УПРАВНИКА

Агенција за лиценцирање стечајних управника, именована за стечајног управника Решењем Привредног суда у Пожаревцу посл. бр. 2 Ст. 18/2018 од 31.01.2019. године у стечајном поступку над дужником **ЖЕЛЕЗАРА СМЕДЕРЕВО ДОО** са седиштем у Смедереву, ул. Излетничка бр. 6, матични број 07342691, ПИБ 103125366, на основу чл. 89.-95. Закона о облигационим односима («Сл.лист СФРЈ», број 29/78, 39/85, 45/89, 57/89 и «Сл. лист СРЈ», бр. 31/93, «Сл. лист СЦГ», бр. 1/2003, Уставна повеља) даје следеће:

### П У Н О М О Ћ Ј Е

1. Овлашћује се **ЖЕЉКО МИЈУШКОВИЋ ПР СТЕЧАЈНИ УПРАВНИК СМЕДЕРЕВСКА ПАЛАНКА**, улица Први Српски Устанак бр. 190, Смедеревска Паланка, матични број: 62349905, ПИБ: 106892226, ЈМБГ власника предузетничке радње 1707973761013, да у име и за рачун Агенције за лиценцирање стечајних управника, обавља послове и радње из надлежности Агенције за лиценцирање стечајних управника као стечајног управника у стечајном поступку над стечајним дужником **ЖЕЛЕЗАРА СМЕДЕРЕВО ДОО** са седиштем у Смедереву, ул. Излетничка бр. 6, матични број 07342691, ПИБ 103125366, број предмета 2 Ст. 18/2018, у коме је Агенција за лиценцирање стечајних управника Решењем Привредног суда у Пожаревцу, посл. бр. 2 Ст. 18/2018 од 31.01.2019. године, именована за стечајног управника.

2. Пуномоћник послове и радње из првог става овог пуномоћја обавља самостално, у складу са законом и Уговором закљученим између Пуномоћника и Властодавца, осим следећих радњи:

   1. достављање и излагање извештаја о економско финансијском положају стечајног дужника, као и достављање трошковника, месечних и других извештаја судским органима, повериоцима или другим лицима;
   2. подношење приговора, одговора на приговор, тужбе, жалбе или поднеска надлежном суду и другом надлежном органу, као и достављање другог изјашњења, по налогу суда или другог државног органа, о поступању стечајног управника;
   3. сачињавање коначне листе поверилаца, са назнаком врсте поверилаца и њиховог исплатног реда и истицање ове листе на Огласној табли суда, као и достављање одлуке о захтеву за излучење излучном повериоцу;
   4. подизање кредита;
   5. достављање обавештења о плану и начину продаје дужникове имовине, израда продајне документације, укључујући и предлог нацрта Уговора о купопродаји, као и потписивање овог уговора;
   6. достављање нацрта за делимичну, главну, односно завршну или накнадну деобу;
   7. достављање предрачуна / обрачуна накнаде и награде за рад стечајног управника;
   8. израда и достављање завршног рачуна;
   9. пренос овлашћења датих овим пуномоћјем на трећа лица.

Радње наведене у ставу два од 1. до 9. Пуномоћник може предузимати само ако, уз ово пуномоћје, достави и посебну писмену сагласност Агенције за лиценцирање стечајних управника - Центра за стечај, са потписом директора Центра за стечај, вође пројектног тима или руководиоца пројекта у Центру за стечај и са печатом стечајног управника.

ДИРЕКТОР
Центра за стечај

Милијан Средић

Агенција за лиценцирање стечајних управника
Теразије 23; тел: 7156 189; факс: 7156 186; e-mail: office@alsu.gov.rs