**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

In re:

    ŽELEZARA SMEDEREVO D.O.O.,

        Debtor in a Foreign Proceeding.

------------------------------------------------------------------x

Chapter 15

Case No. _____

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Rules 7007.1-1 and 1007-3 of the Local Bankruptcy Rules, the undersigned counsel for Železara Smederevo D.O.O. ("ZS") certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:. None.

Dated: New York, New York
       June 27, 2019

Respectfully submitted,

    /s/ Matthew E. Draper
Matthew E. Draper
DRAPER & DRAPER LLC
200 Park Avenue, Suite 1700
New York, NY 10166
Tel: (347) 442-7788
Fax: (505) 490-4590
Email: matthew.draper@draperllc.com

*Counsel for Serbian Bankruptcy Supervision Agency as Trustee of Železara Smederevo D.O.O. in bankruptcy*